Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hall Data Sync Technologies LLC )
                                 Plaintiff(s), )
    v. )
Box, Inc. )
                               Defendant(s). )

Case No: 3:15-cv-3063-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hao Ni, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hall Data Sync Technologies LLC in the above-entitled action. My local co-counsel in this case is Kris Le Fan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local co-counsel's Address of Record: |
|---|---|
| 8140 Walnut Hill Ln. Ste. 500<br>Dallas, Texas 75204 | 11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064 |
| My Telephone # of Record: | Local co-counsel's Telephone # of Record: |
| (972) 314-4602 | (310) 477-5811 |
| My Email Address of Record: | Local co-counsel's Email Address of Record: |
| hni@nilawfirm.com | kris@lowelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24047205.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/12/15

                                               Hao Ni
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hao Ni is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2015

                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE